IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS PENSION FUND; )<br>*et al.*,                                           )<br>                                                               )<br>            Plaintiffs,                             )<br>                                                               )<br>      vs.                                                  )<br>                                                               )<br>BRETT BUNGER, an individual, d/b/a   )<br>MARYOTT EXCAVATING, a/k/a            )<br>MARYOTT EXCAVATING, INC., a          )<br>dissolved Illinois corporation,              )<br>                                                               )<br>            Defendant.                            ) | CIVIL ACTION<br><br>NO. 11 C 7632<br><br>JUDGE SAMUEL DER-YEGHIAYAN |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, BRETT BUNGER, an individual, d/b/a MARYOTT EXCAVATING, a/k/a MARYOTT EXCAVATING, INC., a dissolved Illinois corporation, in the total amount of $6,258.34, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $856.75.

On October 30, 2011, the Summons and Complaint was served on the Defendant by tendering a copy of said documents to his wife, Jennifer L. Bunger, at his residence (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on November 21, 2011. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Patrick N. Ryan

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>1st</u> day of <u>December 2011</u>:

                        Mr. Brett Bunger
                        d/b/a Maryott Excavating
                        5534 Byers Road
                        Kirkland, IL 60146

                        /s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\CLJ\Maryott Excavating\motion.pnr.df.wpd